**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Father Chris Collins, et al., Plaintiffs, v. Doe Run Resources Corporation, et al., Defendants. | No. 4:17-cv-01963-JAR (consolidated) AND 4:19 CV 1945 RWS |

So Ordered
[signature] 5/10/2021

**PLAINTIFF MACQ'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

COME NOW Plaintiff MACQ, by and through undersigned counsel, hereby submits Plaintiff MACQ's Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

WHEREFORE, Counsel respectfully requests that the Court enter an Order dismissing MACQ with prejudice and for such other and further relief as the court deems just and proper.

Respectfully submitted,

**NAPOLI SHKOLNIK PLLC**

By: /s/ Patrick J. Lanciotti
Patrick J. Lanciotti, #5407523NY
360 Lexington Avenue, Eleventh Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

**GORI LAW FIRM, P.C.**

By: /s/ D. Todd Mathews
D. Todd Mathews, MO Bar 52502
156 N. Main St.
Edwardsville, IL 62025
(618) 659-9833
todd@gorilaw.com